# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

STEVEN R.G. CANDLER,

    Petitioner,

    v.

RAUL MORALES,

    Respondent.

Case No. 1:25-cv-01346-SAB-HC

ORDER RE WITHDRAWAL OF CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He previously consented to disposition of this case by a United States magistrate judge. It appears that he may wish to withdraw his consent.

On October 24, 2025, Petitioner filed a form indicating his consent to jurisdiction of a United States magistrate judge. (ECF No. 8.) However, on December 19, 2025, Petitioner filed a form indicating his decline of jurisdiction of a United States magistrate judge. (ECF No. 17.) He has not filed a motion to withdraw that consent. Nor has he addressed the standards applicable to such a motion. Once the parties have consented to magistrate judge jurisdiction in a civil case under § 636(c)(1), the reference to the magistrate judge can be withdrawn by the court only "for good cause shown on its own motion, or under *extraordinary circumstances* shown by any party." 28 U.S.C. § 636(c)(4) (emphasis added).

The circumstances leading to the attempt by Petitioner to withdraw his consent to magistrate judge jurisdiction are as follows. On October 10, 2025, the Court issued an Order re Consent or Request for Reassignment that directed Petitioner to check and sign either the consent

1

to jurisdiction of a United States magistrate judge section or the decline of jurisdiction of a United States magistrate judge and request for reassignment to United States district judge section and return it to the Clerk's Office within thirty (30) days. (ECF No. 6.) On October 24, 2025, Petitioner filed his consent to jurisdiction of a United States magistrate judge on the Court's Order re Consent or Request for Reassignment. (ECF No. 8.) On December 4, 2025, Respondent filed their consent to jurisdiction of a United States magistrate judge. (ECF No. 10.) On December 5, 2025, the Chief Judge authorized "the action to proceed before the assigned United States Magistrate Judge for all further proceedings including trial and entry of judgment." (ECF No. 13.) On December 19, 2025, Petitioner filed a copy of Respondent's consent form with the date, name, and signature in the decline of jurisdiction of a United States magistrate judge section filled with his information and checking the box next to the decline of jurisdiction of a United States magistrate judge. (ECF No. 17.)

It is unclear to the Court whether Petitioner's filing on December 19, 2025, was an attempt to withdraw consent. Petitioner neither filed an appropriate motion clearly stating a request to withdraw his consent, and more importantly, he did not make any showing of extraordinary circumstances to justify withdrawal. If Petitioner wishes to seek leave to withdraw his consent, he should file a motion and demonstrate what extraordinary circumstances exist that justify the request.

Accordingly, IT IS HEREBY ORDERED that if Petitioner seeks to withdraw his consent to the jurisdiction of a United States magistrate judge, Petitioner shall file a motion within **THIRTY (30) days** of the date of service of this order.

IT IS SO ORDERED.

Dated:    **March 26, 2026**                                        _____

STANLEY A. BOONE
United States Magistrate Judge

2